IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONAH DORSEY | |
| *Plaintiff,* | NO. 20-00201-KRG |
| vs. | CIVIL ACTION |
| VITRO AUTOGLASS LLC, et al. | |
| *Defendants.* | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The undersigned parties to this action hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ W. Charles Sipio*
W. Charles Sipio, Esq.

*Attorney for Plaintiff*

**DENTONS COHEN & GRIGSBY P.C.**

*/s/ Robert B. Cottington*
Robert B. Cottington, Esq.

*Attorney for Pittsburgh Glass Works, LLC*

**MARGOLIS EDELSTEIN**

*/s/ Emily E. Mahler*
Emily E. Mahler, Esq.

*Attorneys for Staff Management Solutions LLC and TrueBlue Inc.*

Dated: August 23, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system.

/s/ W. Charles Sipio<br>W. Charles Sipio, Esq.

Dated: August 23, 2021