IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONAH DORSEY<br><br>*Plaintiff,*<br><br>vs.<br><br>VITRO AUTOGLASS LLC, et al.<br><br>*Defendants.* | NO. 20-00201-KRG<br><br>CIVIL ACTION |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned parties to this action hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| **KARPF, KARPF & CERUTTI, P.C.** | **DENTONS COHEN & GRIGSBY P.C.** |
| */s/ W. Charles Sipio*<br>W. Charles Sipio, Esq.<br><br>*Attorney for Plaintiff* | */s/ Robert B. Cottington*<br>Robert B. Cottington, Esq.<br><br>*Attorney for Pittsburgh Glass Works, LLC* |

**MARGOLIS EDELSTEIN**

*/s/ Emily E. Mahler*
Emily E. Mahler, Esq.

*Attorneys for Staff Management Solutions LLC and TrueBlue Inc.*

Dated: August 23, 2021

AND NOW, this 24th day of August, 2021.
IT IS SO ORDERED.

_____
Kim R. Gibson
UNITED STATES DISTRICT JUDGE